UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NO. C-09-907 |
| | § | |
| REINALDO QUINTERO-URQUIJO | § | |

## ORDER GRANTING MOTION FOR CONTINUANCE

Upon consideration of the Defendant's Unopposed Motion for Continuance of Final Pretrial Conference is hereby GRANTED.

Elsa Salinas-Patterson, Assistant U.S. Attorney stated no objection to the requested continuance.

The Court, GRANTS the motion for continuance and further found that, pursuant to 18 U.S.C. § 3161(h)(8)(A), the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial.

It is further ORDERED that this case is set for a Final Pretrial Conference or re-arraignment on __December 22, 2009__, at __9:00__ a.m.

SIGNED this 20th day of November, 2009.

JOHN D. RAINEY
UNITED STATES DISTRICT JUDGE